1    JEFFREY H. WOOD
2    Acting Assistant Attorney General
     Environment & Natural Resources Division
3    United States Department of Justice

4    SETH M. BARSKY
5    Section Chief
     MEREDITH L. FLAX
6    Assistant Section Chief
7    CLIFFORD E. STEVENS, JR.
     Senior Trial Attorney
8    United States Department of Justice
9    Environment & Natural Resources Division
     Wildlife & Marine Resources Section
10   P.O. Box 7611, Washington, DC 20044-7611
11   Telephone: (202) 305-0210; Facsimile: (202) 305-0275

12   Counsel for Federal Defendants

13
14   ERIC R. GLITZENSTEIN (D.C. Bar No. 358287) (admitted pro hac vice)
     Meyer Glitzenstein & Eubanks, LLP
     4115 Wisconsin Avenue, N.W., Suite 210
15   Washington, DC 20016
     Telephone: (202) 588-5206; Facsimile: (202) 588-5049
16
17   Counsel for Plaintiffs

18              **IN THE UNITED STATES DISRICT COURT**
                **FOR THE DISTRICT OF ARIZONA**
19   _____
                                              )
20   Center for Biological Diversity,        )
     Defenders of Wildlife,                   )
21                                            )      No. 4:14-cv-02506-RM
                                              )
22              Plaintiffs,                   )
                                              )      **JOINT STIPULATION TO RESOLVE**
23        v.                                  )      **PLAINTIFFS' MOTION**
                                              )      **FOR ATTORNEYS' FEES AND**
24   Ryan Zinke, et al.,                      )      **COSTS AND [PROPOSED] ORDER**
                                              )
25                                            )
                Defendants.                   )
26   ─────────────────────────────────────────)

27

28

On December 12, 2014, the Center for Biological Diversity and Defenders of Wildlife (collectively, "Plaintiffs") filed this suit (the "Lawsuit") against Ryan Zinke, in his official capacity as Secretary of the Interior, and Director of the U.S. Fish and Wildlife Service (collectively, "Federal Defendants") challenging: (1) the 12-month finding of the U.S. Fish & Wildlife Service ("FWS") that the cactus ferruginous pygmy owl did not warrant listing under the Endangered Species Act ("ESA"), 76 Fed. Reg. 61,856 (Oct. 5, 2011), and (2) the joint final policy of FWS and the National Marine Fisheries Service interpreting the ESA statutory phrase "significant portion of its range," 79 Fed. Reg. 37,578 (July 1, 2014). ECF No. 1. On March 29, 2017, the Court entered judgment for Plaintiffs. ECF No. 73. On October 25, 2017, the Court granted in part and denied in part Federal Defendants' motion to alter or amend the Court's judgment. ECF No. 81. On March 14, 2018, Plaintiffs filed a motion for attorneys' fees and litigation costs. ECF No. 90. On June 19, 2018, the Court issued an order continuing to hold Plaintiffs' motion for attorneys' fees and costs in abeyance until July 30, 2018. ECF No. 97.

Plaintiffs and Federal Defendants (the "Parties") have resolved Plaintiffs' claim for attorney's fees and costs and hereby agree and stipulate as follows (the "Agreement"):

1. Federal Defendants shall pay and Plaintiffs shall accept $200,000 in full satisfaction of any and all of Plaintiffs' claims, demands, rights, and causes of action, pursuant to Section 11(g) of the ESA, 16 U.S.C. § 1540(g), the Equal Access to Justice Act, 28 U.S.C. §.2412(d), or any other statute and/or common law theory, for attorneys' fees, costs, and expenses incurred in connection with the Lawsuit through and including

the date of this Agreement.

2. Federal Defendants shall make the payment set forth in Paragraph 1 of this Agreement by electronic funds transfer to Plaintiffs' counsel Meyer Glitzenstein & Eubanks LLP, on behalf of Plaintiffs. No later than ten (10) days following entry of this Stipulation as an order of the Court, Plaintiffs, through their counsel, shall provide counsel for Federal Defendants the following information necessary for Federal Defendants to process the payment set forth in Paragraph 1: the Plaintiffs' names, the payees' names, the payees' address, the payees' bank name and bank address, the payees' bank account name and number, the account type, the bank routing transit number, the ABA number, and the payees' tax identification number. Upon the request of counsel for Federal Defendants, counsel for Plaintiffs shall provide additional information (including the tax identification numbers of the Plaintiffs), if needed, to process the payment set forth in Paragraph 1.

3. Federal Defendants shall submit all paperwork necessary to complete the $200,000 payment set forth in Paragraph 1 within fourteen (14) business days of receipt of either a signed order from the Court approving this stipulation or receipt of the information described in Paragraph 2, whichever is later. Plaintiffs, through their counsel, shall confirm receipt of the payment within 7 days of receipt of such payment in writing to counsel for Federal Defendants.

4. Plaintiffs' acceptance of the $200,000 payment set forth in Paragraph 1 shall operate as a full release of Plaintiffs' claims for attorneys' fees and costs arising out of the Lawsuit.

5. The Parties agree that this Agreement was negotiated and entered into in good faith and that it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the Parties.  This Agreement shall not be offered as evidence in any other judicial proceeding or construed as an admission or concession of any wrongdoing, liability, or any issue of fact or law concerning the claims settled under this Agreement. Except as expressly provided in this Agreement, none of the Parties waives or relinquishes any legal rights, claims, or defenses it may have.

6.  By entering into this Agreement, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs, including hourly rates, in any future litigation or continuation of the present action, and Plaintiffs do not waive any right to claim such fees or costs. The undersigned Parties agree and acknowledge that this Agreement as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation, except as necessary to enforce the terms of this Stipulation.

7. No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

8. The terms of this Agreement constitute the entire agreement of the Parties, and all previous understandings, agreements, and communications concerning settlement of Plaintiffs' claims for attorneys' fees, costs and expenses incurred in the Lawsuit that occurred prior to the date hereof, whether express or implied, oral or written, are fully and completely extinguished and superseded by this Agreement.  This Agreement may be

1

modified only upon mutual written consent of the Parties and the Court's approval of a

2

3

joint stipulation to modify this Agreement.

4

9. The undersigned representatives of Plaintiffs and Federal Defendants certify that

5

they are fully authorized by the Parties they represent to enter into the terms and conditions

6

of this Agreement and to legally bind the Parties to it.

7

10. The provisions of this Agreement shall apply to and be binding upon each of

8

9

the Parties including, but not limited to, their officers, directors, servants, employees,

10

successors, and assigns.

11

11. This Agreement is effective as of the date it is entered by the Court.

12

13

For all these reasons, the parties respectfully request that the Court approve the

14

Stipulation, as stated above.

15

Respectfully submitted,

16

17

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

18

19

20

SETH M. BARSKY
Section Chief
MEREDITH L. FLAX
Assistant Section Chief

21

22

23

*s/Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR.
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Washington, DC 20044-7611
Telephone: (202) 305-0210

24

25

26

27

28

5

1  Facsimile: (202) 305-0275

2  Counsel for Federal Defendants

3

4  *s/Eric R. Glitzenstein*
   ERIC R. GLITZENSTEIN (D.C. Bar No.
   358287) (admitted pro hac vice)

5  Meyer Glitzenstein & Eubanks, LLP
   4115 Wisconsin Avenue, N.W., Suite 210

6  Washington, DC 20016
   Telephone: (202) 588-5206

7  Facsimile: (202) 588-5049

8  Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28