1
2
3
4
5
6             **IN THE UNITED STATES DISTRICT COURT**
7                **FOR THE DISTRICT OF ARIZONA**
8

9  Center for Biological Diversity, et al.,          No. CV-14-02506-TUC-RM

10                  Plaintiffs,                       **ORDER**

11  v.

12  Sally Jewell, et al.,

13                  Defendants.

14

15        Pursuant to the Joint Stipulation between Plaintiffs and Federal Defendants to

16  resolve Plaintiffs' claims for attorneys' fees and costs,

17        **IT IS ORDERED** that the Joint Stipulation (Doc. 98) is **approved**.

18        **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Attorneys' Fees and

19  Litigation Expenses (Doc. 89) is **denied as moot**.  This case shall remain closed.

20        Dated this 30th day of July, 2018.

21
22
23                                            _____
24                                            Honorable Rosemary Márquez
25                                            United States District Judge
26
27
28